UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KAREN COLE, | ) | Case Pending before |
| | ) | Northern District of Illinois |
| Plaintiff, | ) | |
| v. | ) | No. 11-CV-03299 |
| | ) | |
| AUTOMATED FINANCIAL, LLC and | ) | Judge Coleman |
| METABANK, d/b/a META PAYMENT | ) | Magistrate Judge Kim |
| SYSTEMS, a division of METABANK, | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION TO STAY DISCOVERY**

NOW COMES the defendant, Automated Financial, LLC, by and through its attorneys, Chalmers & Nagel, P.C., and for their Motion to Stay the Discovery Schedule in this matter, defendant states as follows:

1. Plaintiffs and Defendants have reached an oral settlement in principle and have agreed on all material terms of the settlement in the above-captioned matter.

2. The parties require an additional thirty (30) days to draft appropriate settlement documents memorializing said oral settlement agreement.

3. As such, the parties move this Honorable Court to stay all discovery in this matter so as to allow the parties the time they need to finalize and memorialize this settlement.

4. All parties agree to the relief sought in this motion.

WHEREFORE, the defendant, Automated Financial, LLC, moves this Court for the entry of an agreed order staying all discovery in this matter for a period of thirty (30) days, and for any other relief that this Court deems proper and just.

        Defendant, Automated Financial, LLC,


        By:  <u>s/ Stuart M. Nagel</u>
                One of Its Attorneys

Stuart M. Nagel
Chalmers & Nagel, P.C.
100 West Kinzie, Suite 250
Chicago, Illinois 60654
P: (312) 346-0880
F: (312) 836-0151
Attorney No. 6217493